UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In Re: SUBPOENA TO TESTIFY  :
BEFORE GRAND JURY          :
                           :       5:14-mc-01(HL)
DWIGHT L. THOMAS, Witness  :
                           :
_____:

## MOTION TO QUASH SUBPOENA TO TESTIFY BEFORE GRAND JURY

COMES NOW Witness Dwight L. Thomas, pursuant to the First, Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and Rule 17 of the Federal Rules of Criminal Procedure, moves this Court for an order quashing a Grand Jury subpoena duces tecum dated January 13, 2014, directed to Movant, a copy of which is attached hereto as Exhibit A, on the grounds that said subpoena is unreasonable and oppressive and for the following reasons:

(1)

Petitioner received a Subpoena, dated January 13, 2014, to testify before the Grand Jury. The Subpoena itself contains no information regarding the matters to which he is subpoenaed to testify. However, based on conversations with the Government, it is allegedly seeking information regarding a client's fee that was paid to Petitioner (attorney) in an attempt to bring criminal charges against Petitioner's client.

(2)

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, the Court, upon written motion made promptly, may, at its discretion quash or modify any subpoena if it finds that subpoena to be unreasonable and oppressive.

(3)

The Subpoena at issue is unreasonable, overbroad and oppressive based upon the fact that it clearly sweeps within its scope matters which are protected by attorney-client privilege. Matters regarding the payment of attorney's fees are privileged if "more than simple fee information will necessarily come to light by compliance with the order, thereby uncovering privileged information." *In re Slaughter,* 694 F.2d 1258, 1260 (11th Cir. 1982).

(4)

Courts have quashed grand jury subpoenas seeking fee or billing information on the basis of attorney-client privilege. In *In re Grand Jury Matters,* 593 F.Supp. 103, 104 (D.N.H. 1984), the Court held that correspondence between attorney and client which reveals the client's motivation for creation of the relationship…ought to be protected. *Id.* at 107.

(5)

Moreover, forcing Petitioner to testify at a Grand Jury hearing regarding matters that could result in his own client being indicted will undoubtedly interfere with his client's Sixth Amendment right to counsel.

(6)

This Court should therefore hold that the requested information is protected from disclosure pursuant to that attorney-client privilege and that such disclosure would violate Petitioner's client's Sixth Amendment right to counsel. Such a holding is further supported by the fact, upon information and belief, the Government is able to obtain such information through means other than a Grand Jury Subpoena.

WHEREFORE, for the reasons set forth herein, Petitioner Dwight Thomas respectfully requests that his Motion to Quash Subpoena to Testify Before Grand Jury be granted and that Petitioner be relieved of any compliance with the Subpoena to Testify Before Grand Jury.

**RESPECTFULLY SUBMITTED**, this 22 day of January, 2014.

_____
Hannah R. Ward
Attorney for Petitoner
Georgia Bar No. 581504

D. Lowell Thomas, P.C.
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30134

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Dwight L. Thomas

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT<br>U.S. FEDERAL COURTHOUSE<br>475 MULBERRY STREET<br>MACON, GEORGIA | Date and Time:<br><br>02/12/2014 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

PLEASE CONTACT:
AUSA Graham Thorpe @478-752-3511 the FRIDAY BEFORE GRAND JURY, TO RECEIVE SPECIFIC INSTRUCTIONS ON TIME AND DATE. IF YOU HAVE ANY OTHER QUESTIONS PLEASE CALL CATHY BARNES AT THE NUMBER PROVIDED

Date: 01/13/2014



CLERK OF COURT

_____
Amy N. Stapleton
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
GRAHAM A. THORPE, AUSA
GRAHAM.A.THORPE@usdoj.gov
U.S. ATTORNEY'S OFFICE
PO BOX 1702, 300 MULBERRY STREET, SUITE 400
MACON, GEORGIA 31202
478-752-3511

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

In Re: SUBPOENA TO TESTIFY :
      BEFORE GRAND JURY :
                         :
      DWIGHT L. THOMAS, Witness :
                         :

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the within and foregoing motion on behalf of the Movant upon the opposing counsel of record by depositing the same in the United States Mail with adequate postage attached and addressed as follows:

> Honorable Graham Thorpe
> Assistant U.S. Attorney
> U.S. Attorney's Office
> P.O. Box 1702
> 300 Mulberry Street, Suite 400
> Macon, Georgia 31202

**RESPECTFULLY SUBMITTED**, this 22 day of January, 2014.

Hannah R. Ward
Attorney for Petitioner
Georgia Bar No. 581504

D. Lowell Thomas, P.C.
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30134